HOLMES, ATHEY, COWAN &
MERMELSTEIN LLP
Mark Mermelstein (SBN 208005)
mmermelstein@holmesathey.com
Mona S. Amer (SBN 187090)
mamer@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200

Attorneys for Ramandeep Girn
and Rebecca Girn

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| In re | Case No. 25-cv-01319 |
| | Chapter 11 |
| HIGHER GROUND EDUCATION INC., | Adv. No. Assigned to Removed Action: |
| Debtor. | NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452) |

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

1

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE HONORABLE UNITED STATES DISTRICT JUDGE, PLAINTIFF AND CROSS-DEFENDANT CARL BARNEY, DEFENDANTS PETER LEPORT, M.D., MONICAL LEPORT, FRANCISCO LEPORT, HIGHER GROUND EDUCATION INC., CROSS-DEFENDANTS ERIC JUHLIN, LENNY ESMOND, AND RONY L. MIILER, AND LEPORT EDUCATIONAL INSTITUTE, INC., AND THE ORANGE COUNTY SUPERIOR COURT:**

**PLEASE TAKE NOTICE** that Defendants and Cross-Claimants Ramandeep and Rebecca Girn hereby provides Notice of Removal of the lawsuit entitled Barney v. Pieter, et al., Case No. 30-2018-01006531-CU-FR-CJC, including all cross-actions and third party actions (the "Action") formerly pending in the Superior Court of the State of California, for the County of Orange, Central Justice Center, 700 W. Civic Center Drive, Santa Ana, California 92701, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. section 1452 and Federal Rule of Bankruptcy Procedure 9027(a), and hereby gives notice of such removal to each of the following:

1.      Orange County Superior Court, Central Justice Center, 700 W. Civic Center Drive, Santa Ana, California 92701;

2.      Jackson Lewis P.C., 200 Spectrum Center Drive, Suite 500, Irvine, California 92618 (counsel to Plaintiff and Cross-Defendant Carl Barney); Elkins Kalt Weintraub Reuben Gartside LLP, 10345 W. Olympic Blvd., Los Angeles, California 90064 (counsel to Peter LePort, M.D., Monica LePort, and Francisco LePort); Robinson & Robinson, LLP, One Park Plaza, Suite 600, Irvine, California 92614 (counsel to LePort Educational Institute, Inc., hired by its assignee, Carl Barney); Foley & Lardner LLP, 555 South Flower Street, Suite 3300, Los Angeles, California 90071 (civil counsel to Higher Ground Education Inc.).

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Removal of the Action is based upon the following facts:

1.      On July 18, 2018, Carl Barney filed a civil action against Lukas Pieter entitled, "Complaint for Damages and Restitution and Demand for Jury Trial" in the Orange County Superior Court. On November 6, 2018, Barney filed a First Amended Complaint, and on June 17, 2019, Barney filed a Second Amended Complaint. Barney's operative Third Amended Complaint in the Action was filed on August 26, 2021, and asserted claims for (1) breach of contract, (2) breach of fiduciary duty, (3) misappropriation of trade secrets, (4) conversion, (5) tortious interference with contract, (6) intentional interference with contract, (7) legal malpractice, (8) unfair competition and business practices, (9) disgorgement of salary and benefits, (10) fraud by intentional misrepresentation, (11) fraud by intentional concealment, and (12) duress and coercion, as more fully set forth in the copy of the operative Third Amended Complaint attached hereto as Exhibit 103. The current defendants are Dr. Peter LePort, Monica LePort, Francisco LePort, Ramandeep Girn, Rebecca Girn, and Debtor Higher Ground Education Inc. ("HGE").

2.      The Girns have asserted a crossclaim for breach of fiduciary duty against Carl Barney, Eric Juhlin, Lenny Esmond, and Rony L. Miller, as more fully set forth in the copy of the operative Third Amended Cross-Complaint attached hereto as Exhibit 224.

3.      The Action arises out of Carl Barney's alleged receipt of an assignment of claims from Cross-Defendant LePort Educational Institute, Inc. ("LEI"), the Girns' former employer, prior to the Girns' founding of HGE. With the exception of the fraud claims, Barney is asserting claims based on an alleged violation of LEI's rights.

4.      The Action is not a proceeding before the United States Tax Court.

5.      The Action is not a civil action by a governmental unit to enforce its police or regulatory power.

6.      The Action was pending in Orange County Superior Court.

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

7.     On June 17, 2025, HGE filed a petition for relief in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, under Chapter 11 of the United States Bankruptcy Code, which is currently pending as Case No. 25-80121 (MVL), before the Hon. Michelle V. Larson, presiding.

8.     By the Action, Plaintiff Carl Barney is suing HGE and two of its former officers Rebecca Girn, LEI's former general counsel and Ray Girn, LEI's former chief executive officer, and a board member, for breach of contract, breach of fiduciary duty, misappropriation of trade secrets, unfair competition, disgorgement of salary and benefits, and fraud. Barney seeks the recovery of approximately $26 million from the Girns and HGE as alleged damages for alleged misappropriation of trade secrets from LEI and related unfair competition by HGE. The Action is a noncore proceeding within the meaning of 28 U.S.C. sections 157 and 1334.

9.     The claims and causes of action asserted against the Girns and HGE are directly related to HGE's bankruptcy case inasmuch as the Girns are former officers of HGE, and both the Girns and HGE are accused of misappropriating LEI's trade secrets for use at HGE, and the Girns are accused of soliciting former LEI employees to work at HGE. Barney also seeks disgorgement of any profits obtained by HGE by virtue of its alleged use of LEI's trade secrets. The claims against the Girns and HGE are thus inextricably intertwined.

10.    The Girns do consent to entry of a final order in the Action by the bankruptcy court.

11.    The Girns intend to forthwith file a motion to transfer the Action to the United States District Court for the Northern District of Texas for a referral to the United States Bankruptcy Court for the Northern District of Texas.

12.    This Court has jurisdiction over the Action pursuant to 28 U.S.C. section 1334(b).

13.    Removal of the Action to this Court is proper under 28 U.S.C. section 1452(a) and Federal Rule of Bankruptcy Procedure 9027 because the Central District

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

of California is the district within which the Action was pending prior to removal.
Removal of the Action to this Court is in compliance with the time limits set forth in
Federal Rule of Bankruptcy Procedure 9027(a)(2), as it is filed within 90 days of the
order for relief in the bankruptcy case.

14.    Venue for the Action is proper in this Court under 28 U.S.C. section
1452(a), because this Court is the Bankruptcy Court located in the District in which
the nonbankruptcy court where the Action was formerly pending is located.

15.    Attached hereto as Exhibit 1 is a true and correct copy of the docket of
the Action.

16.    Exhibits 2 through 296 are true and correct copies of all pleadings filed
in the Action prior to removal, and will be filed as follows, although issues with the
filing system prevented them from being uploaded at the same time as this filing:

Exhibit 2: 2018.07.18 [Barney] Complaint

Exhibit 3: 2018.07.18 Notice of Related Case

Exhibit 4: 2018.08.07 [Lukas Pieter] Cross-Complaint

Exhibit 5: 2018.10.12 [All Parties] Stip and Protective Order

Exhibit 6: 2018.11.06 [Barney] First Amended Complaint

Exhibit 7: 2019.04.30 [Pieter] Demurrer to Amended Complaint

Exhibit 8: 2019.05.06 Amendment Re HGE as Doe 2

Exhibit 9: 2019.05.06 Amendment Re Ray as Doe 1

Exhibit 10: 2019.05.14 Declaration re Opp to Demurrer

Exhibit 11: 2019.05.28 Minute Order Re Demurrer

Exhibit 12: 2019.05.28 Notice of Ruling re Demurrer

Exhibit 13: 2019.06.14 Amendment re Rebecca as Doe 3

Exhibit 14: 2019.06.17 Second Amended Complaint

Exhibit 15: 2019.07.22 [LePort] Ntc of Demurrers to Pl Second Amended
Complaint

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY
COURT (28 USC § 1452)

Exhibit 16: 2019.08.06 [Barney] Oppo to Peter Leport, et al Demurrers to Pls Second Amended Complaint

Exhibit 17: 2019.08.12 [Peter LePort, et al] Reply ISO Demurrers to Portions of Pls Second Amended Complaint

Exhibit 18: 2019.08.19 [Court] Minute Order re Demurrer to Amended Complaint

Exhibit 19: 2019.08.21 [Girn] Declaration of Mark Mermelstein iso Motion to Strike

Exhibit 20: 2019.08.21 [Girn] Declaration of Mona S. Amer iso Motion to Strike

Exhibit 21: 2019.08.21 [Girn] Defendants' Notice of Motion and Motion Quash Summons and Motion to Strike

Exhibit 22: 2019.08.22 [Girn] MM Decl iso Motion for Advancement

Exhibit 23: 2019.08.22 [Girn] Motion for Advancement of Fees

Exhibit 24: 2019.08.22 [Girn] Motion to Strike Proof of Service

Exhibit 25: 2019.08.29 [Francisco Leport] Answer to Amended Complaint

Exhibit 26: 2019.08.29 [Monica Leport] Answer to Amended Complaint

Exhibit 27: 2019.08.29 [Peter Leport] Answer to Amended Complaint

Exhibit 28: 2019.09.05 [Girn, et al] Notice of Withdrawal of Motion

Exhibit 29: 2019.09.05 [Pieter] Amended Answer to Complaint

Exhibit 30: 2019.09.09 [Court] Minutes Order re Chambers Work

Exhibit 31: 2019.09.11 [Court] Minute Order re Chambers Work

Exhibit 32: 2019.09.11 [Girn, et al] Decl of Amer ISO Mot Quash Summons and to Strike

Exhibit 33: 2019.09.11 [Girn, et al] Decl of Mermelstein ISO Mot for Advancement of Fees

Exhibit 34: 2019.09.11 [Girn, et al] Decl of Mermelstein ISO Mot Quash Summons and to Strike

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 35: 2019.09.11 [Girn, et al] Motion for Advancement of Fees and Memo and Decl ISO

Exhibit 36: 2019.09.11 [Girn, et al] Motion to Quash Summons and Strike, Memo and Decl ISO

Exhibit 37: 2019.09.18 [Court] Minute Order re Ex Parte Hearing

Exhibit 38: 2019.11.18 [Girn, et al] Reply ISO Mot for Advancement of Fees; Decl of Mark Mermelstein in Support Thereof

Exhibit 39: 2019.11.18 [Girn, et al] Reply ISO Mot to Quash Summons and to Strike

Exhibit 40: 2019.11.21 [Court] Minute Order w reassignment

Exhibit 41: 2019.11.21 [Court] Minute Order

Exhibit 42: 2019.12.10 [Court] Minute Order re Chambers Work

Exhibit 43: 2019.12.13 [Girn] NOM and Motion for Protective Order

Exhibit 44: 2019.12.13 [LePort] JZK Decl ISO Joinder and Motion for Protective Order and Sanctions

Exhibit 45: 2019.12.13 [LePort] LePort Dfts_ Joinder and Motion for Protective Order and Sanctions

Exhibit 46: 2019.12.13 [LePort] LePort PO Granting Joinder and Motion for Protective Order and Sanctions

Exhibit 47: 2019.12.13 [Lukas Pieter] Ntc of Joinder re Mot for Protective Order

Exhibit 48: 2019.12.17 [Lukas Pieter] Part 2 of 3 of Joinder re Mot for Protective Order

Exhibit 49: 2019.12.17 [Lukas Pieter] Part 3 of 3 of Joinder re Mot for Protective Order

Exhibit 50: 2020.02.18  [Girn] Answer to Second Amended Complaint

Exhibit 51: 2020.02.18  [Girn] Cross-Complaint Against Barney and LEI

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 52: 2020.04.28 [Carl Barney, et al] Decl of Carl Barney ISO Special MTS Cross-Complaint

Exhibit 53: 2020.04.28 [Carl Barney, et al] Decl of Jonathan D. Kent ISO Special MTS Cross-Complaint

Exhibit 54: 2020.04.28 [Carl Barney, et al] Memo of Points and Authorities ISO Cross-Def Special MTS Girns Cross-Complaint

Exhibit 55: 2020.05.21 [Court] Notice of Court Trial

Exhibit 56: 2020.07.21 [Girn, et al] Reply ISO Mot for Protective Order

Exhibit 57: 2020.07.21 [LePort Dfts'] Joinder and Reply ISO Motion for Protective Order and Sanctions

Exhibit 58: 2020.07.29 [LEI] Substitution of Attorney

Exhibit 59: 2020.08.05 [Barney] Decl Kent ISO Opp to Mtn for Protective Order

Exhibit 60: 2020.08.05 [Barney] Opp to Mtn for Protective Order

Exhibit 61: 2020.08.06 [Girns] Opposition to Anti-SLAPP Motion

Exhibit 62: 2020.08.11 [Girn] 2nd Reply iso Motion for Protective Order

Exhibit 63: 2020.08.11 [LePort] Reply ISO Joinder and Motion for Protective Order and Sanctions

Exhibit 64: 2020.08.11 [Pieter] Reply iso Motion for Protective Order

Exhibit 65: 2020.08.18 [Court] Minute Order re Ex Parte Application for Leave to File Sur-Reply to Special MTS

Exhibit 66: 2020.08.19 [Court] Minute Order re Chambers Work

Exhibit 67: 2020.08.19 [Court] Minutes Finalized for Multiple Events

Exhibit 68: 2020.09.17 [Court] Minute Order re Allocation of Fees

Exhibit 69: 2020.09.17 [Court] Minute Order re OSC re Sanctions for Plaintiff's Failure to Pay Filing Fees

Exhibit 70: 2020.09.17 [Court] Order re Appointment of Discovery Referee

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 71: 2020.09.18 [Girn] Supplemental Brief in Opposition to Plaintiff's Special Motion To Strike

Exhibit 72: 2020.09.18 [Plaintiff] Supplemental Brief ISO Special Motion to Strike

Exhibit 73: 2020.09.21 [Court] Minute Order re Nunc Pro Tunc Minutes

Exhibit 74: 2020.09.25 [Court] Minute Order re Anti-SLAPP motion supplemental briefs

Exhibit 75: 2020.10.01 [Court] Minute Order re Order to Show Cause re Sanctions

Exhibit 76: 2020.10.01 [Court] Minute Order

Exhibit 77: 2020.10.15 [Barney] Answer to Girns' Cross-Complaint

Exhibit 78: 2020.11.03 [Court] Minutes Finalized for Ex Parte Application

Exhibit 79: 2020.11.16 [Court] Confid Protective Order

Exhibit 80: 2020.11.30 [Court] Minute Order

Exhibit 81: 2020.12.08 [LEI] Answer to Girn Cross-Complaint

Exhibit 82: 2020.12.08 [LEI] Answer to Unverified Cross-Complaint

Exhibit 83: 2021.02.17 [Girn, et al] Decl of Mark Mermelstein ISO Mot for Summary Adjudication

Exhibit 84: 2021.02.17 [Girn, et al] Decl of Ramandeep Girn ISO Mot for Summary Adjudication

Exhibit 85: 2021.02.17 [Girn, et al] Ntc of Mot for Summary Adjudication; Memo of Points and Authorities, et al - Filed

Exhibit 86: 2021.02.17 [Girn, et al] Request for Judicial Ntc ISO Mot for Summary Adjudication - Filed

Exhibit 87: 2021.02.17 [Girn, et al] Separate Statement of Undisputed Material Facts ISO Mot for Summary Adjudication - Filed

Exhibit 88: 2021.02.26 [Court] Order Granting Ex Parte Application

Exhibit 89: 2021.04.20 [Court] Minute Order on Referee's Report

Exhibit 90: 2021.04.20 [Court] Signed Amended Referee Recommendation

Exhibit 91: 2021.05.07 [Girn] Notice and Motion for Leave to Amend Cross-Complaint

Exhibit 92: 2021.05.28 [Court] Minute Order re Chambers Work

Exhibit 93: 2021.07.01 [Barney] Declaration of Jonathan D. Kent ISO Pltf's Mtn to file Third Amended Complaint

Exhibit 94: 2021.07.01 [Barney] Memo of Ps and As for Mtn to File Third Amended Complaint

Exhibit 95: 2021.07.01 [Barney] Ntc of Mot and Motion for Leave to file Third Amended Complaint

Exhibit 96: 2021.07.06 [Court] Minute Order re LEI and Barney Ex Partes

Exhibit 97: 2021.07.06 [Court] Notice of Case Reassignment to Lon F. Hurwitz

Exhibit 98: 2021.07.06 [Court] Order re Ex Parte Motion to Shorten Time

Exhibit 99: 2021.08.05 [Girn] Decl of Francisco LePort iso Opposition to Motion to File Third Amended Complaint

Exhibit 100: 2021.08.05 [Girn] Opposition to Barney Motion to File Third Amended Complaint

Exhibit 101: 2021.08.11 [Barney] Reply iso Mtn for Leave to File Third Amended Complaint

Exhibit 102: 2021.08.25 [Court] Order Granting Barney Motion for Leave to File Third Amended Complaint

Exhibit 103: 2021.08.26 [Barney] Plaintiff's Third Amended Complaint

Exhibit 104: 2021.09.02 [JAMS Defendants] Joint Motion to Set Deadline for Sanctions

Exhibit 105: 2021.09.09 [Barney] Opposition to Girns' Mtn for Leave to Amend

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 106: 2021.09.09 [LEI] Opposition to Girns Mtn. for Leave to Amend Cross-Complaint

Exhibit 107: 2021.09.10 [Barney] Opposition to Request to Amend Sanctions Order

Exhibit 108: 2021.09.14 [Girn] Girn Dec iso Mtn for Summary Adjudication

Exhibit 109: 2021.09.14 [Girn] Mermelstein Dec iso Motion for Summary Adjudication

Exhibit 110: 2021.09.14 [Girn] Notice of Motion and Motion for Summary Adjudication

Exhibit 111: 2021.09.14 [Girn] Notice of Partial Withdrawal of MSA

Exhibit 112: 2021.09.14 [Girn] Request for Judicial Notice iso MSA

Exhibit 113: 2021.09.14 [Girn] Sep Statement iso Motion for Summary Adjudication

Exhibit 114: 2021.09.14 [Joint Motion] to Set deadline for Payment of Sanctions

Exhibit 115: 2021.09.15 [Barney] Barney Decl. iso Opposition to MSA

Exhibit 116: 2021.09.15 [Barney] Evidentiary Objections

Exhibit 117: 2021.09.15 [Barney] Kent Decl. iso Opp to Girn MSA

Exhibit118: 2021.09.15 [Barney] Opposition to Girn MSA

Exhibit 119: 2021.09.15 [Barney] Opposition to Sep. Stmt

Exhibit 120: 2021.09.15 [Court] Minute Order re Motion to Amend X-Complaint Hearing Date

Exhibit 121: 2021.09.15 [Girn] Reply iso Motion for Leave to Amend Cross-Complaint (conformed)

Exhibit 122: 2021.09.15 [LEI] Notice of Errata to Zar Decl

Exhibit 123: 2021.09.15 [LEI] Opposition to Girn MSA

Exhibit 124: 2021.09.15 [LEI] Opposition to Girn Sep Stmnt

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 125: 2021.09.17 [Court] Order Granting Ex Parte App to Enlarge Page Limit

Exhibit 126: 2021.09.24 [Girn] Girn Reply to Barney Opp to MSA

Exhibit 127: 2021.09.24 [Girn] Girn Reply to LEI Opp to MSA1

Exhibit 128: 2021.09.24 [Girn] Response to Barney Evidentiary Objections

Exhibit 129: 2021.09.24 [Girn] Supp Decl of MM iso Reply iso MSA

Exhibit 130: 2021.09.28 [Girn] Answer to Third Amended Complaint

Exhibit 131: 2021.09.28 [LePort] Francisco LePort's Answer to TAC

Exhibit 132: 2021.09.28 [LePort] Monica LePort's Answer to TAC

Exhibit 133: 2021.09.28 [LePort] Peter LePort's Answer to TAC

Exhibit 134: 2021.09.28 [Pieter] Answer to Third Amended Complaint

Exhibit 135: 2021.09.29 [Court] Minute Order re MSA and Motion to Amend

Exhibit 136: 2021.10.04 [Pieter] Notice of Entry of Judgment

Exhibit 137: 2021.10.29 [Girn] Notice and Motion for Leave to Amend Cross-Complaint

Exhibit 138: 2021.11.01 [Court] Order re Deadline for Payment of Sanctions-Second Amended Report and Recommendation (entered)

Exhibit 139: 2021.11.10 [Girn] Notice of Ruling re Ex Parte App to Advance Hearing Date on Motion for Leave to Amend

Exhibit 140: 2021.11.17 [Barney] Dec. Barney in Opp to Girn MSJ

Exhibit 141: 2021.11.17 [Barney] Evidentiary Objections to MSJ

Exhibit 142: 2021.11.17 [Barney] Miller Decl in Opp to Girn MSJ

Exhibit 143: 2021.11.17 [Barney] Opposition to Girn MSA

Exhibit 144: 2021.11.17 [Barney] Opposition to Separate Statement

Exhibit 145: 2021.11.24 [Girn] Reply iso Motion for Summary Adjudication

Exhibit 146: 2021.11.24 [Girn] Reply to Barney Separate Statement iso Opposition

Exhibit 147: 2021.11.24 [Girn] Response to Objections to Girn Evidence

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

Exhibit 148: 2021.12.01 [Court] Minute Order re Motion for Summary Adjudication

Exhibit 149: 2021.12.08 [Court] Minute Order on Ex Parte re Out-of-State Commission

Exhibit 150: 2021.12.13 [Barney] Bastian Decl iso Motion for Reconsideration

Exhibit 151: 2021.12.13 [Barney] Kent Decl iso Motion for Reconsideration

Exhibit 152: 2021.12.13 [Barney] Motion for Reconsideration

Exhibit 153: 2021.12.13 [LEI] Substitution of Attorney -LEI-LMG signed

Exhibit 154: 2021.12.14 [LEI] Motion for Joinder to Motion for Reconsideration

Exhibit 155: 2022.01.26 [HGE~Girn] Notice of Related Case

Exhibit 156: 2022.03.03 [Barney] Opposition to Motion to Amend

Exhibit 157: 2022.03.03 [LEI] Opp. to Mtn. for Leave to Amend X-Complaint

Exhibit 158: 2022.03.08 [Esmond] Opposition to Girn Motion to Amend

Exhibit 159: 2022.03.09 [Girn] Decl of Peter LePort re LEI counsel

Exhibit 160: 2022.03.09 [Girn] Reply iso Motion for Leave to Amend

Exhibit 161: 2022.03.09 [Girn] Reply to Esmond iso Motion for Leave to Amend

Exhibit 162: 2022.03.09 [Girn] Reply to LEI iso Motion for Leave to Amend

Exhibit 163: 2022.03.17 [Girn] First Amended Cross-Complaint

Exhibit 164: 2022.03.17 [Girn] Notice of Ruling re Motion to Amend X-Complaint

Exhibit 165: 2022.04.14 [Girn] Opposition to Motion for Reconsideration

Exhibit 166: 2022.04.20 [Barney] Reply to Opp. to MFR

Exhibit 167: 2022.04.20 [Barney] Supp. Schmidt Declaration ISO Reply

Exhibit 168: 2022.04.20 [LEI] Answer to FACC

Exhibit 169: 2022.04.20 [LEI] Reply to Opp. to Mtn for Recon

Exhibit 170: 2022.04.26 [Court] Minute Order re Motion for Reconsideration

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 171: 2022.04.27 [Barney] Demurrer re FACC

Exhibit 172: 2022.04.27 [Barney] Motion to Strike re FACC

Exhibit 173: 2022.04.27 [Barney] RJN iso Demurrer to FACC

Exhibit 174: 2022.04.27 [Barney] RJN iso Motion to Strike

Exhibit 175: 2022.04.28 [Girn] MM Decl re Motion to Strike

Exhibit 176: 2022.05.02 [Juhlin and Miller] Joinder to Demurrer and Motion to Strike

Exhibit 177: 2022.05.05 [Esmond] Decl of EZC iso Demurrer to FACC

Exhibit 178: 2022.05.05 [Esmond] Demurrer to FACC

Exhibit 179: 2022.05.05 [Esmond] Motion to Strike FACC

Exhibit 180: 2022.05.12 [Court] Minute Order

Exhibit 181: 2022.05.16 [Court] Minute Order re Status Conference

Exhibit 182: 2022.06.02 [Court] Minute Order re Discovery Referee

Exhibit 183: 2022.07.06 [Court] Minute Order on Motion for Reconsideration

Exhibit 184: 2022.08.31 [Girn] Opposition to Demurrer

Exhibit 185: 2022.08.31 [Girn] Opposition to Motion to Strike

Exhibit 186: 2022.09.08 [Girn] Opposition to Esmond Demurrer

Exhibit 187: 2022.09.08 [Girn] Opposition to Esmond Motion to Strike

Exhibit 188: 2022.09.14 [Court] Minute Order

Exhibit 189: 2022.10.04 [Girn] Memo of Ps and As for Leave to Amend Cross-Complaint

Exhibit 190: 2022.10.04 [Girn] MM Decl iso Motion for Leave to Amend Cross-Complaint

Exhibit 191: 2022.10.04 [Girn] Notice of Motion for Leave to Amend Cross-Complaint

Exhibit 192: 2022.10.13 [Barney] Dreger Decl iso Opp to Defendants' Motion for Leave

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 193: 2022.10.13 [Barney] Opposition to Defendants' Motion for Leave to Amend Cross-Complaint

Exhibit 194: 2022.10.13 [Barney] RJN iso Opp to Defendants' Motion for Leave

Exhibit 195: 2022.10.19 [Girn] Reply iso Motion for Leave to Amend Cross-Complaint

Exhibit 196: 2022.10.26 [Court] Minute Order

Exhibit 197: 2022.10.31 [Girn] Notice of Ruling on Motion for Leave to Amend

Exhibit 198: 2022.10.31 [Girn] Second Amended Cross-Complaint

Exhibit 199: 2022.11.16 [Defendants] Motion for Protective Order

Exhibit 200: 2022.11.23 [Barney and LEI] Declaration of Schmidt ISO Joint Opposition to Joint Motion for Protective Order

Exhibit 201: 2022.11.23 [Barney and LEI] Joint Opposition to Joint Motion for Protective Order

Exhibit 202: 2022.11.30 [Defendants] Reply iso Motion for Protective Order

Exhibit 203: 2022.12.02 [Barney et al] Demurrer to SACC

Exhibit 204: 2022.12.02 [Barney et al] Motion to Strike SACC

Exhibit 205: 2022.12.02 [Barney et al] Request for Judicial Notice ISO Demurrer to SACC

Exhibit 206: 2022.12.05 [LEI] Motion to Strike Arguments in Reply iso Motion for Protective Order

Exhibit 207: 2022.12.05 [LEI] Schmidt Decl iso Motion to Strike Arguments in Reply

Exhibit 208: 2022.12.07 [Defendants] Joint Opp to Motion to Strike re MPO

Exhibit 209: 2022.12.09 [Barney] Reply to Opp. to Joint Motion to Strike Arguments in Reply

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 210: 2023.02.07 [MBK Chapman] Ntc of Mtn and Mtn. to Be Relieved as Counsel

Exhibit 211: 2023.04.14 [Girn] Opposition to Barney Ds Demurrer to SACC

Exhibit 212: 2023.04.14 [Girn] Opposition to Motion to Strike SACC

Exhibit 213: 2023.04.20 [Barney] Reply to Opp. to Demurrer to SACC

Exhibit 214: 2023.04.20 [Barney] Reply to Opp. to MTS SACC

Exhibit 215: 2023.04.21 [Barney] Decl. of J. Schmidt ISO Opp. to Motion for Leave to Intervene in SACC

Exhibit 216: 2023.04.21 [Barney] Opposition to Motion for Leave to Intervene in SACC

Exhibit 217: 2023.04.27 [Girn] Reply iso Motion for Leave to Intervene in SACC

Exhibit 218: 2023.05.05 [Court] Minute Order re Motion to Intervene

Exhibit 219: 2023.05.05 [Girn] Notice of Ruling

Exhibit 220: 2023.07.20 [Court] Minute Order re Motions Hearing

Exhibit 221: 2023.07.21 [Court] Minute Order on Barney Demurrer

Exhibit 222: 2023.07.21 [Court] Order Granting Attorneys Motion to Be Relieved as Counsel

Exhibit 223: 2023.07.27 [Barney] Notice of Ruling on Demurrer and MTS SACC

Exhibit 224: 2023.07.31 [Girn] Third Amended Cross-Complaint

Exhibit 225: 2023.09.01 [Barney LEI] Demurrer to TACC

Exhibit 226: 2023.09.01 [Barney LEI] Motion to Strike Portions of TACC

Exhibit 227: 2023.09.01 [Barney LEI] RJN ISO Demurrer to TAC

Exhibit 228: 2023.09.01 [Barney] Declaration of Schmidt ISO Opp. to Girns' MTC

Exhibit 229: 2023.09.07 [Robinson et al] Notice of Appearance re LEI

Exhibit 230: 2023.10.02 [Court] Minute Order re LEI representation

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 231: 2024.01.02 [LEI] Notice of Appearance by Law Office of Lou Shoch

Exhibit 232: 2024.01.02 [LEI] Notice of Withdrawal of Demurrer

Exhibit 233: 2024.01.05 [Court] Minute Order Denying Ex Parte

Exhibit 234: 2024.01.05 [Robinson Firm] Notice of Non-Withdrawal and Objection

Exhibit 235: 2024.01.11 [Girn] Opposition to Barney Ds Demurrer to TACC

Exhibit 236: 2024.01.11 [Girn] Opposition to LEI Demurrer to TACC

Exhibit 237: 2024.01.11 [Girn] Opposition to Motion to Strike TACC

Exhibit 238: 2024.01.11 [Girn] Request for Judicial Notice iso Opposition to Demurrer to TACC

Exhibit 239: 2024.01.17 [Barney RR] Declaration of Kelli Dreger ISO Ex Parte with Exhibits

Exhibit 240: 2024.01.17 [Barney] Motion for Preliminary Injunction

Exhibit 241: 2024.01.18 [Barney LEI] Reply ISO Demurrer to TACC

Exhibit 242: 2024.01.18 [Barney LEI] Reply ISO MTStrike

Exhibit 243: 2024.01.23 [Girn] Notice of Withdrawal of Opposition to LEI Demurrer

Exhibit 244: 2024.01.24 [Robinson Firm] Joinder in Preliminary Injunction

Exhibit 245: 2024.03.01 [Court] Minute Order re Referee Reports

Exhibit 246: 2024.05.03 [Girn] Opposition to Barney Motion for Preliminary Injunction

Exhibit 247: 2024.05.03 [LEI] Notice of Joinder to Opposition to PI Motion

Exhibit 248: 2024.05.03 [LePort] Joinder to Opposition to Motion for Preliminary Injunction

Exhibit 249: 2024.05.09 [Barney] Reply ISO Motion for Preliminary Injunction

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 250: 2024.05.09 [Robinson] LEI Joinder in Barney Reply re Preliminary Injunction

Exhibit 251: 2024.05.16 [Court] Minute Order re Continuance of Motion for Prelim Injunction

Exhibit 252: 2024.06.28 [Court] Minute Order

Exhibit 253: 2024.07.02 [Girn] Request for Statement of Decision re Sustaining Demurrer

Exhibit 254: 2024.07.08 [Barney] Notice of Ruling re Motion for Prelim Injunction and Demurrer and Undertaking

Exhibit 255: 2024.07.10 [Barney et al] Cross Defendants' Answer to TACC

Exhibit 256: 2024.07.10 [Robinson Firm] Answer to TACC

Exhibit 257: 2024.07.19 [Court] Minute Order re Demurrer Ruling

Exhibit 258: 2024.08.05 [Girn] Compendium of Evidence FINAL

Exhibit 259: 2024.08.05 [Girn] MSA re Barney COAs 1-4 8-11 FINAL

Exhibit 260: 2024.08.05 [Girn] MSA Separate Statement COAs 1-4  8-11

Exhibit 261: 2024.10.10 [Barney] Compendium of Evidence

Exhibit 262: 2024.10.10 [Barney] Evidentiary Objections

Exhibit 263: 2024.10.10 [Barney] Opp. to Girns' Motion for Summary Adjudication

Exhibit 264: 2024.10.10 [Barney] Opposition to Girns' Separate Statement

Exhibit 265: 2024.10.15 [Court] Order Granting Trial Date Extension

Exhibit 266: 2024.10.18 [Girn] Evidentiary Objections to Barney Decl

Exhibit 267: 2024.10.18 [Girn] Opp to Barney Separate Statement

Exhibit 268: 2024.10.18 [Girn] Reply iso MSA

Exhibit 269: 2024.10.18 [Girn] Response to Barney Evidentiary Objections to MSA

Exhibit 270: 2024.10.25 [Court] Minute Order re Girn MSA

Exhibit 271: 2024.11.08 [Barney] Declaration of J. Schmidt iso MJP

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 272: 2024.11.08 [Barney] Notice of Motion and Motion for Judgment on the Pleadings

Exhibit 273: 2024.11.08 [Barney] Request for Judicial Notice iso MJP

Exhibit 274: 2024.11.20 [Barney] Declaration of Counsel ISO Pltf's Motion to File Supplemental Complaint

Exhibit 275: 2024.11.20 [Barney] MPA re Mtn for Leave to File Supp Complaint

Exhibit 276: 2024.11.20 [Barney] Ntc of Motion and Motion for Leave to file Supplemental Complaint

Exhibit 277: 2025.03.05 [HACM] Decl iso Motion to Withdraw as Counsel to HGE

Exhibit 278: 2025.03.05 [HACM] Notice and Motion to Be Relieved as Counsel for HGE

Exhibit 279: 2025.03.18 [Court] Minute Order Continuing Trial Date

Exhibit 280: 2025.03.20 [Girn] Opposition to Motion for Judgment on the Pleadings

Exhibit 281: 2025.03.20 [LePorts] Opposition to Motion for Leave to File Supplemental Complaint

Exhibit 282: 2025.03.26 [Barney] Reply to Motion for Leave to File Supplemental Complaint

Exhibit 283: 2025.03.26 [Barney] Reply to Opposition to Motion for Judgment on the Pleadings

Exhibit 284: 2025.04.01 [Barney] Ntc of Withdrawal of Motion for Leave to file Supplemental Complaint

Exhibit 285: 2025.04.03 [HACM] Order Granting Motion to Be Relieved as Counsel to HGE

Exhibit 286: 2025.04.10 [Court] Minute Order Denying Motion for Judgment on the Pleadings

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

Exhibit 287: 2025.04.10 [Court] SIGNED Order Granting Motion to Be Relieved as Counsel

Exhibit 288: 2025.04.14 [Girn] Notice of Ruling on Motion for Judgment on the Pleadings

Exhibit 289: 2025.04.22 [Court] Minute Order re Discovery Referee Reports

Exhibit 290: 2025.04.25 [Court] Minute Order re HGE

Exhibit 291: 2025.05.08 [Court] Minute Order

Exhibit 292: 2025.05.09 [Court] Minute Order re Bifurcation

Exhibit 293: 2025.05.12 [Court] Minute Order re Continued Trial Date

Exhibit 294: 2025.05.16 [Court] Minute Order re Discovery Motion

Exhibit 295: 2025.05.27 [Court] Minute Order re OSC

Exhibit 296: 2025.05.29 [HGE] Notice of Appearance for HGE

17.    A copy of this Notice of Removal will be served on all parties, and a Notice of Removal will be filed with the Superior Court of Orange County, California, pursuant to Federal Rule of Bankruptcy Procedure 9027(b)(2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of June 2025 at Los Angeles, California.

Dated: June 18, 2025                    HOLMES, ATHEY, COWAN & MERMELSTEIN, LLP

By: /s/ Mark Mermelstein
    MARK MERMELSTEIN
    Attorneys for Ramandeep Girn and Rebecca Girn

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

## **PROOF OF SERVICE**

*Sun Bright Assets N.V., et al. v. Geoffrey K. Auyeung, et al.*
U.S. District Court Case No. 2:24-cv-10249 MWC (BFMx)

I reside and work in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 811 Wilshire Boulevard, Suite 1460, Los Angeles, California 90017.  My electronic service address is bmendoza@holmesathey.com.

On the date set forth below, I served the foregoing document(s) described as:

**NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)**

on the interested party(ies) at the address(es) set forth below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day as shown on this declaration with First Class postage thereon and fully prepaid at Los Angeles County, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **(BY ELECTRONIC MAIL (PDF FORMAT))** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused said document to be transmitted electronically to the interested parties at the email addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under perjury under the laws of the United States that the above is true and correct.

Executed on June 18, 2025, at Santa Clarita, California.

*Bridget Mendoza*
Bridget Mendoza

NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

1

## SERVICE LIST

2

3  James P. Carter *(Via Email)*
   james.carter@jacksonlewis.com
4  Jonathan P. Schmidt
   jonathan.schmidt@jacksonlewis.com
5  Kelli M. Dreger
   kelli.dreger@jacksonlewis.com
6  Ashley E. Kang
7  Ashley.Kang@jacksonlewis.com
   Dylan B. Carp
8  Dylan.Carp@jacksonlewis.com
9  carpd@jacksonlewis.com
   Deborah.Neforos@jacksonlewis.com
10 adilene.garcia@jacksonlewis.com
11 cindy.kuno@jacksonlewis.com
   JACKSON LEWIS P.C.
12 200 Spectrum Center Drive, Suite 500
13 Irvine, CA 92618
14 *Attorneys for Plaintiff Carl Barney*

Julie Z. Kimball *(Via Email)*
jkimball@elkinskalt.com
Leanne Oates Vanecek
lvanecek@elkinskalt.com
lwageman@elkinskalt.com
KBarnum@elkinskalt.com
hsato@elkinskalt.com
ELKINS KALT WEINTRAUB
REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
*Attorneys for Defendants Peter LePort, M.D.,*
*Monica LePort, Francisco LePort*

15 Douglas Barritt *(Via Email)*
16 doug@barrittfirm.com
   THE BARRITT FIRM
17 530 Technology Drive, Suite 100
   Irvine, California 92614
18 *Attorneys for Defendant and Cross-*
19 *Complainant Lukas Pieter*

Jeffrey A. Robinson *(Via Email)*
jar@rrlawyers.com
Charles R. Patterson
cpatterson@rrlawyers.com
ROBINSON & ROBINSON, LLP
One Park Plaza, Suite 600
Irvine, CA 92614
*Attorneys for Cross-Defendant LePort*
*Educational Institute, Inc.*

20

21

22 Lou Shoch *(Via Email)*
   lou@LouShochLaw.com
23 Law Office of Lou Shoch
   200 Pier Ave., Suite 136
24 Hermosa Beach, CA 90254
25 *Attorneys for Cross-Defendant LePort*
   *Educational Institute, Inc.*

Casey Geng
casey.geng@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
*Attorneys for Defendant Higher Ground*
*Education, Inc.*

26

27

28

22