HOLMES, ATHEY, COWAN &
MERMELSTEIN LLP
Mark Mermelstein (SBN 208005)
mmermelstein@holmesathey.com
Mona S. Amer (SBN 187090)
mamer@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200

Attorneys for Ramandeep Girn
and Rebecca Girn

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>HIGHER GROUND EDUCATION INC.,<br><br>Debtor. | Case No. 8:25-cv-01319<br><br>Chapter 11<br><br>Adv. No. Assigned to Removed Action:<br><br>EXHIBITS 2-296 TO NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452) |

Exhibits 2 through 296 are true and correct copies of pleadings filed in the lawsuit entitled <u>Barney v. Pieter, et al.</u>, Case No. 30-2018-01006531-CU-FR-CJC, including all cross-actions and third party actions (the "Action") formerly pending in the Superior Court of the State of California, for the County of Orange, Central Justice Center, 700 W. Civic Center Drive, Santa Ana, California 92701:

Exhibit 2: 2018.07.18 [Barney] Complaint

Exhibit 3: 2018.07.18 Notice of Related Case

Exhibit 4: 2018.08.07 [Lukas Pieter] Cross-Complaint

Exhibit 5: 2018.10.12 [All Parties] Stip and Protective Order

Exhibit 6: 2018.11.06 [Barney] First Amended Complaint

Exhibit 7: 2019.04.30 [Pieter] Demurrer to Amended Complaint

Exhibit 8: 2019.05.06 Amendment Re HGE as Doe 2

Exhibit 9: 2019.05.06 Amendment Re Ray as Doe 1

Exhibit 10: 2019.05.14 Declaration re Opp to Demurrer

Exhibit 11: 2019.05.28 Minute Order Re Demurrer

Exhibit 12: 2019.05.28 Notice of Ruling re Demurrer

Exhibit 13: 2019.06.14 Amendment re Rebecca as Doe 3

Exhibit 14: 2019.06.17 Second Amended Complaint

Exhibit 15: 2019.07.22 [LePort] Ntc of Demurrers to Pl Second Amended Complaint

Exhibit 16: 2019.08.06 [Barney] Oppo to Peter Leport, et al Demurrers to Pls Second Amended Complaint

Exhibit 17: 2019.08.12 [Peter LePort, et al] Reply ISO Demurrers to Portions of Pls Second Amended Complaint

Exhibit 18: 2019.08.19 [Court] Minute Order re Demurrer to Amended Complaint

Exhibit 19: 2019.08.21 [Girn] Declaration of Mark Mermelstein iso Motion to Strike

Exhibit 20: 2019.08.21 [Girn] Declaration of Mona S. Amer iso Motion to Strike

Exhibit 21: 2019.08.21 [Girn] Defendants' Notice of Motion and Motion Quash Summons and Motion to Strike

Exhibit 22: 2019.08.22 [Girn] MM Decl iso Motion for Advancement

Exhibit 23: 2019.08.22 [Girn] Motion for Advancement of Fees

Exhibit 24: 2019.08.22 [Girn] Motion to Strike Proof of Service

Exhibit 25: 2019.08.29 [Francisco Leport] Answer to Amended Complaint

Exhibit 26: 2019.08.29 [Monica Leport] Answer to Amended Complaint

Exhibit 27: 2019.08.29 [Peter Leport] Answer to Amended Complaint

Exhibit 28: 2019.09.05 [Girn, et al] Notice of Withdrawal of Motion

Exhibit 29: 2019.09.05 [Pieter] Amended Answer to Complaint

Exhibit 30: 2019.09.09 [Court] Minutes Order re Chambers Work

Exhibit 31: 2019.09.11 [Court] Minute Order re Chambers Work

Exhibit 32: 2019.09.11 [Girn, et al] Decl of Amer ISO Mot Quash Summons and to Strike

Exhibit 33: 2019.09.11 [Girn, et al] Decl of Mermelstein ISO Mot for Advancement of Fees

Exhibit 34: 2019.09.11 [Girn, et al] Decl of Mermelstein ISO Mot Quash Summons and to Strike

Exhibit 35: 2019.09.11 [Girn, et al] Motion for Advancement of Fees and Memo and Decl ISO

Exhibit 36: 2019.09.11 [Girn, et al] Motion to Quash Summons and Strike, Memo and Decl ISO

Exhibit 37: 2019.09.18 [Court] Minute Order re Ex Parte Hearing

Exhibit 38: 2019.11.18 [Girn, et al] Reply ISO Mot for Advancement of Fees; Decl of Mark Mermelstein in Support Thereof

Exhibit 39: 2019.11.18 [Girn, et al] Reply ISO Mot to Quash Summons and to Strike

Exhibit 40: 2019.11.21 [Court] Minute Order w reassignment

Exhibit 41: 2019.11.21 [Court] Minute Order

Exhibit 42: 2019.12.10 [Court] Minute Order re Chambers Work

Exhibit 43: 2019.12.13 [Girn] NOM and Motion for Protective Order

Exhibit 44: 2019.12.13 [LePort] JZK Decl ISO Joinder and Motion for Protective Order and Sanctions

Exhibit 45: 2019.12.13 [LePort] LePort Dfts_ Joinder and Motion for Protective Order and Sanctions

Exhibit 46: 2019.12.13 [LePort] LePort PO Granting Joinder and Motion for Protective Order and Sanctions

Exhibit 47: 2019.12.13 [Lukas Pieter] Ntc of Joinder re Mot for Protective Order

Exhibit 48: 2019.12.17 [Lukas Pieter] Part 2 of 3 of Joinder re Mot for Protective Order

Exhibit 49: 2019.12.17 [Lukas Pieter] Part 3 of 3 of Joinder re Mot for Protective Order

Exhibit 50: 2020.02.18 [Girn] Answer to Second Amended Complaint

Exhibit 51: 2020.02.18 [Girn] Cross-Complaint Against Barney and LEI

Exhibit 52: 2020.04.28 [Carl Barney, et al] Decl of Carl Barney ISO Special MTS Cross-Complaint

Exhibit 53: 2020.04.28 [Carl Barney, et al] Decl of Jonathan D. Kent ISO Special MTS Cross-Complaint

Exhibit 54: 2020.04.28 [Carl Barney, et al] Memo of Points and Authorities ISO Cross-Def Special MTS Girns Cross-Complaint

Exhibit 55: 2020.05.21 [Court] Notice of Court Trial

Exhibit 56: 2020.07.21 [Girn, et al] Reply ISO Mot for Protective Order

Exhibit 57: 2020.07.21 [LePort Dfts'] Joinder and Reply ISO Motion for Protective Order and Sanctions

Exhibit 58: 2020.07.29 [LEI] Substitution of Attorney

Exhibit 59: 2020.08.05 [Barney] Decl Kent ISO Opp to Mtn for Protective Order

Exhibit 60: 2020.08.05 [Barney] Opp to Mtn for Protective Order

Exhibit 61: 2020.08.06 [Girns] Opposition to Anti-SLAPP Motion

Exhibit 62: 2020.08.11 [Girn] 2nd Reply iso Motion for Protective Order

Exhibit 63: 2020.08.11 [LePort] Reply ISO Joinder and Motion for Protective Order and Sanctions

Exhibit 64: 2020.08.11 [Pieter] Reply iso Motion for Protective Order

Exhibit 65: 2020.08.18 [Court] Minute Order re Ex Parte Application for Leave to File Sur-Reply to Special MTS

Exhibit 66: 2020.08.19 [Court] Minute Order re Chambers Work

Exhibit 67: 2020.08.19 [Court] Minutes Finalized for Multiple Events

Exhibit 68: 2020.09.17 [Court] Minute Order re Allocation of Fees

Exhibit 69: 2020.09.17 [Court] Minute Order re OSC re Sanctions for Plaintiff's Failure to Pay Filing Fees

Exhibit 70: 2020.09.17 [Court] Order re Appointment of Discovery Referee

Exhibit 71: 2020.09.18 [Girn] Supplemental Brief in Opposition to Plaintiff's Special Motion To Strike

Exhibit 72: 2020.09.18 [Plaintiff] Supplemental Brief ISO Special Motion to Strike

Exhibit 73: 2020.09.21 [Court] Minute Order re Nunc Pro Tunc Minutes

Exhibit 74: 2020.09.25 [Court] Minute Order re Anti-SLAPP motion supplemental briefs

Exhibit 75: 2020.10.01 [Court] Minute Order re Order to Show Cause re Sanctions

| | |
|---|---|
| 1 | Exhibit 76: 2020.10.01 [Court] Minute Order |
| 2 | Exhibit 77: 2020.10.15 [Barney] Answer to Girns' Cross-Complaint |
| 3 | Exhibit 78: 2020.11.03 [Court] Minutes Finalized for Ex Parte Application |
| 4 | Exhibit 79: 2020.11.16 [Court] Confid Protective Order |
| 5 | Exhibit 80: 2020.11.30 [Court] Minute Order |
| 6 | Exhibit 81: 2020.12.08 [LEI] Answer to Girn Cross-Complaint |
| 7 | Exhibit 82: 2020.12.08 [LEI] Answer to Unverified Cross-Complaint |
| 8–9 | Exhibit 83: 2021.02.17 [Girn, et al] Decl of Mark Mermelstein ISO Mot for Summary Adjudication |
| 10–11 | Exhibit 84: 2021.02.17 [Girn, et al] Decl of Ramandeep Girn ISO Mot for Summary Adjudication |
| 12–13 | Exhibit 85: 2021.02.17 [Girn, et al] Ntc of Mot for Summary Adjudication; Memo of Points and Authorities, et al - Filed |
| 14–15 | Exhibit 86: 2021.02.17 [Girn, et al] Request for Judicial Ntc ISO Mot for Summary Adjudication - Filed |
| 16–17 | Exhibit 87: 2021.02.17 [Girn, et al] Separate Statement of Undisputed Material Facts ISO Mot for Summary Adjudication - Filed |
| 18 | Exhibit 88: 2021.02.26 [Court] Order Granting Ex Parte Application |
| 19 | Exhibit 89: 2021.04.20 [Court] Minute Order on Referee's Report |
| 20 | Exhibit 90: 2021.04.20 [Court] Signed Amended Referee Recommendation |
| 21–22 | Exhibit 91: 2021.05.07 [Girn] Notice and Motion for Leave to Amend Cross-Complaint |
| 23 | Exhibit 92: 2021.05.28 [Court] Minute Order re Chambers Work |
| 24–25 | Exhibit 93: 2021.07.01 [Barney] Declaration of Jonathan D. Kent ISO Pltf's Mtn to file Third Amended Complaint |
| 26–27 | Exhibit 94: 2021.07.01 [Barney] Memo of Ps and As for Mtn to File Third Amended Complaint |

Holmes, Athey, Cowan & Mermelstein LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

Exhibit 95: 2021.07.01 [Barney] Ntc of Mot and Motion for Leave to file Third Amended Complaint

Exhibit 96: 2021.07.06 [Court] Minute Order re LEI and Barney Ex Partes

Exhibit 97: 2021.07.06 [Court] Notice of Case Reassignment to Lon F. Hurwitz

Exhibit 98: 2021.07.06 [Court] Order re Ex Parte Motion to Shorten Time

Exhibit 99: 2021.08.05 [Girn] Decl of Francisco LePort iso Opposition to Motion to File Third Amended Complaint

Exhibit 100: 2021.08.05 [Girn] Opposition to Barney Motion to File Third Amended Complaint

Exhibit 101: 2021.08.11 [Barney] Reply iso Mtn for Leave to File Third Amended Complaint

Exhibit 102: 2021.08.25 [Court] Order Granting Barney Motion for Leave to File Third Amended Complaint

Exhibit 103: 2021.08.26 [Barney] Plaintiff's Third Amended Complaint

Exhibit 104: 2021.09.02 [JAMS Defendants] Joint Motion to Set Deadline for Sanctions

Exhibit 105: 2021.09.09 [Barney] Opposition to Girns' Mtn for Leave to Amend

Exhibit 106: 2021.09.09 [LEI] Opposition to Girns Mtn. for Leave to Amend Cross-Complaint

Exhibit 107: 2021.09.10 [Barney] Opposition to Request to Amend Sanctions Order

Exhibit 108: 2021.09.14 [Girn] Girn Dec iso Mtn for Summary Adjudication

Exhibit 109: 2021.09.14 [Girn] Mermelstein Dec iso Motion for Summary Adjudication

Exhibit 110: 2021.09.14 [Girn] Notice of Motion and Motion for Summary Adjudication

| | |
|---|---|
| 1 | Exhibit 111: 2021.09.14 [Girn] Notice of Partial Withdrawal of MSA |
| 2 | Exhibit 112: 2021.09.14 [Girn] Request for Judicial Notice iso MSA |
| 3 | Exhibit 113: 2021.09.14 [Girn] Sep Statement iso Motion for Summary |
| 4 | Adjudication |
| 5 | Exhibit 114: 2021.09.14 [Joint Motion] to Set deadline for Payment of |
| 6 | Sanctions |
| 7 | Exhibit 115: 2021.09.15 [Barney] Barney Decl. iso Opposition to MSA |
| 8 | Exhibit 116: 2021.09.15 [Barney] Evidentiary Objections |
| 9 | Exhibit 117: 2021.09.15 [Barney] Kent Decl. iso Opp to Girn MSA |
| 10 | Exhibit118: 2021.09.15 [Barney] Opposition to Girn MSA |
| 11 | Exhibit 119: 2021.09.15 [Barney] Opposition to Sep. Stmt |
| 12 | Exhibit 120: 2021.09.15 [Court] Minute Order re Motion to Amend X- |
| 13 | Complaint Hearing Date |
| 14 | Exhibit 121: 2021.09.15 [Girn] Reply iso Motion for Leave to Amend Cross- |
| 15 | Complaint (conformed) |
| 16 | Exhibit 122: 2021.09.15 [LEI] Notice of Errata to Zar Decl |
| 17 | Exhibit 123: 2021.09.15 [LEI] Opposition to Girn MSA |
| 18 | Exhibit 124: 2021.09.15 [LEI] Opposition to Girn Sep Stmnt |
| 19 | Exhibit 125: 2021.09.17 [Court] Order Granting Ex Parte App to Enlarge Page |
| 20 | Limit |
| 21 | Exhibit 126: 2021.09.24 [Girn] Girn Reply to Barney Opp to MSA |
| 22 | Exhibit 127: 2021.09.24 [Girn] Girn Reply to LEI Opp to MSA1 |
| 23 | Exhibit 128: 2021.09.24 [Girn] Response to Barney Evidentiary Objections |
| 24 | Exhibit 129: 2021.09.24 [Girn] Supp Decl of MM iso Reply iso MSA |
| 25 | Exhibit 130: 2021.09.28 [Girn] Answer to Third Amended Complaint |
| 26 | Exhibit 131: 2021.09.28 [LePort] Francisco LePort's Answer to TAC |
| 27 | Exhibit 132: 2021.09.28 [LePort] Monica LePort's Answer to TAC |
| 28 | Exhibit 133: 2021.09.28 [LePort] Peter LePort's Answer to TAC |

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

| | |
|---|---|
| 1 | Exhibit 134: 2021.09.28 [Pieter] Answer to Third Amended Complaint |
| 2 | Exhibit 135: 2021.09.29 [Court] Minute Order re MSA and Motion to Amend |
| 3 | Exhibit 136: 2021.10.04 [Pieter] Notice of Entry of Judgment |
| 4 | Exhibit 137: 2021.10.29 [Girn] Notice and Motion for Leave to Amend Cross- |
| 5 | Complaint |
| 6 | Exhibit 138: 2021.11.01 [Court] Order re Deadline for Payment of Sanctions- |
| 7 | Second Amended Report and Recommendation (entered) |
| 8 | Exhibit 139: 2021.11.10 [Girn] Notice of Ruling re Ex Parte App to Advance |
| 9 | Hearing Date on Motion for Leave to Amend |
| 10 | Exhibit 140: 2021.11.17 [Barney] Dec. Barney in Opp to Girn MSJ |
| 11 | Exhibit 141: 2021.11.17 [Barney] Evidentiary Objections to MSJ |
| 12 | Exhibit 142: 2021.11.17 [Barney] Miller Decl in Opp to Girn MSJ |
| 13 | Exhibit 143: 2021.11.17 [Barney] Opposition to Girn MSA |
| 14 | Exhibit 144: 2021.11.17 [Barney] Opposition to Separate Statement |
| 15 | Exhibit 145: 2021.11.24 [Girn] Reply iso Motion for Summary Adjudication |
| 16 | Exhibit 146: 2021.11.24 [Girn] Reply to Barney Separate Statement iso |
| 17 | Opposition |
| 18 | Exhibit 147: 2021.11.24 [Girn] Response to Objections to Girn Evidence |
| 19 | Exhibit 148: 2021.12.01 [Court] Minute Order re Motion for Summary |
| 20 | Adjudication |
| 21 | Exhibit 149: 2021.12.08 [Court] Minute Order on Ex Parte re Out-of-State |
| 22 | Commission |
| 23 | Exhibit 150: 2021.12.13 [Barney] Bastian Decl iso Motion for Reconsideration |
| 24 | Exhibit 151: 2021.12.13 [Barney] Kent Decl iso Motion for Reconsideration |
| 25 | Exhibit 152: 2021.12.13 [Barney] Motion for Reconsideration |
| 26 | Exhibit 153: 2021.12.13 [LEI] Substitution of Attorney -LEI-LMG signed |
| 27 | Exhibit 154: 2021.12.14 [LEI] Motion for Joinder to Motion for |
| 28 | Reconsideration |

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

| | |
|---|---|
| 1 | Exhibit 155: 2022.01.26 [HGE~Girn] Notice of Related Case |
| 2 | Exhibit 156: 2022.03.03 [Barney] Opposition to Motion to Amend |
| 3 | Exhibit 157: 2022.03.03 [LEI] Opp. to Mtn. for Leave to Amend X-Complaint |
| 4 | Exhibit 158: 2022.03.08 [Esmond] Opposition to Girn Motion to Amend |
| 5 | Exhibit 159: 2022.03.09 [Girn] Decl of Peter LePort re LEI counsel |
| 6 | Exhibit 160: 2022.03.09 [Girn] Reply iso Motion for Leave to Amend |
| 7 | Exhibit 161: 2022.03.09 [Girn] Reply to Esmond iso Motion for Leave to |
| 8 | Amend |
| 9 | Exhibit 162: 2022.03.09 [Girn] Reply to LEI iso Motion for Leave to Amend |
| 10 | Exhibit 163: 2022.03.17 [Girn] First Amended Cross-Complaint |
| 11 | Exhibit 164: 2022.03.17 [Girn] Notice of Ruling re Motion to Amend X- |
| 12 | Complaint |
| 13 | Exhibit 165: 2022.04.14 [Girn] Opposition to Motion for Reconsideration |
| 14 | Exhibit 166: 2022.04.20 [Barney] Reply to Opp. to MFR |
| 15 | Exhibit 167: 2022.04.20 [Barney] Supp. Schmidt Declaration ISO Reply |
| 16 | Exhibit 168: 2022.04.20 [LEI] Answer to FACC |
| 17 | Exhibit 169: 2022.04.20 [LEI] Reply to Opp. to Mtn for Recon |
| 18 | Exhibit 170: 2022.04.26 [Court] Minute Order re Motion for Reconsideration |
| 19 | Exhibit 171: 2022.04.27 [Barney] Demurrer re FACC |
| 20 | Exhibit 172: 2022.04.27 [Barney] Motion to Strike re FACC |
| 21 | Exhibit 173: 2022.04.27 [Barney] RJN iso Demurrer to FACC |
| 22 | Exhibit 174: 2022.04.27 [Barney] RJN iso Motion to Strike |
| 23 | Exhibit 175: 2022.04.28 [Girn] MM Decl re Motion to Strike |
| 24 | Exhibit 176: 2022.05.02 [Juhlin and Miller] Joinder to Demurrer and Motion |
| 25 | to Strike |
| 26 | Exhibit 177: 2022.05.05 [Esmond] Decl of EZC iso Demurrer to FACC |
| 27 | Exhibit 178: 2022.05.05 [Esmond] Demurrer to FACC |
| 28 | Exhibit 179: 2022.05.05 [Esmond] Motion to Strike FACC |

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

Exhibit 180: 2022.05.12 [Court] Minute Order

Exhibit 181: 2022.05.16 [Court] Minute Order re Status Conference

Exhibit 182: 2022.06.02 [Court] Minute Order re Discovery Referee

Exhibit 183: 2022.07.06 [Court] Minute Order on Motion for Reconsideration

Exhibit 184: 2022.08.31 [Girn] Opposition to Demurrer

Exhibit 185: 2022.08.31 [Girn] Opposition to Motion to Strike

Exhibit 186: 2022.09.08 [Girn] Opposition to Esmond Demurrer

Exhibit 187: 2022.09.08 [Girn] Opposition to Esmond Motion to Strike

Exhibit 188: 2022.09.14 [Court] Minute Order

Exhibit 189: 2022.10.04 [Girn] Memo of Ps and As for Leave to Amend Cross-Complaint

Exhibit 190: 2022.10.04 [Girn] MM Decl iso Motion for Leave to Amend Cross-Complaint

Exhibit 191: 2022.10.04 [Girn] Notice of Motion for Leave to Amend Cross-Complaint

Exhibit 192: 2022.10.13 [Barney] Dreger Decl iso Opp to Defendants' Motion for Leave

Exhibit 193: 2022.10.13 [Barney] Opposition to Defendants' Motion for Leave to Amend Cross-Complaint

Exhibit 194: 2022.10.13 [Barney] RJN iso Opp to Defendants' Motion for Leave

Exhibit 195: 2022.10.19 [Girn] Reply iso Motion for Leave to Amend Cross-Complaint

Exhibit 196: 2022.10.26 [Court] Minute Order

Exhibit 197: 2022.10.31 [Girn] Notice of Ruling on Motion for Leave to Amend

Exhibit 198: 2022.10.31 [Girn] Second Amended Cross-Complaint

Exhibit 199: 2022.11.16 [Defendants] Motion for Protective Order

Exhibit 200: 2022.11.23 [Barney and LEI] Declaration of Schmidt ISO Joint Opposition to Joint Motion for Protective Order

Exhibit 201: 2022.11.23 [Barney and LEI] Joint Opposition to Joint Motion for Protective Order

Exhibit 202: 2022.11.30 [Defendants] Reply iso Motion for Protective Order

Exhibit 203: 2022.12.02 [Barney et al] Demurrer to SACC

Exhibit 204: 2022.12.02 [Barney et al] Motion to Strike SACC

Exhibit 205: 2022.12.02 [Barney et al] Request for Judicial Notice ISO Demurrer to SACC

Exhibit 206: 2022.12.05 [LEI] Motion to Strike Arguments in Reply iso Motion for Protective Order

Exhibit 207: 2022.12.05 [LEI] Schmidt Decl iso Motion to Strike Arguments in Reply

Exhibit 208: 2022.12.07 [Defendants] Joint Opp to Motion to Strike re MPO

Exhibit 209: 2022.12.09 [Barney] Reply to Opp. to Joint Motion to Strike Arguments in Reply

Exhibit 210: 2023.02.07 [MBK Chapman] Ntc of Mtn and Mtn. to Be Relieved as Counsel

Exhibit 211: 2023.04.14 [Girn] Opposition to Barney Ds Demurrer to SACC

Exhibit 212: 2023.04.14 [Girn] Opposition to Motion to Strike SACC

Exhibit 213: 2023.04.20 [Barney] Reply to Opp. to Demurrer to SACC

Exhibit 214: 2023.04.20 [Barney] Reply to Opp. to MTS SACC

Exhibit 215: 2023.04.21 [Barney] Decl. of J. Schmidt ISO Opp. to Motion for Leave to Intervene in SACC

Exhibit 216: 2023.04.21 [Barney] Opposition to Motion for Leave to Intervene in SACC

Exhibit 217: 2023.04.27 [Girn] Reply iso Motion for Leave to Intervene in SACC

Exhibit 218: 2023.05.05 [Court] Minute Order re Motion to Intervene

Exhibit 219: 2023.05.05 [Girn] Notice of Ruling

Exhibit 220: 2023.07.20 [Court] Minute Order re Motions Hearing

Exhibit 221: 2023.07.21 [Court] Minute Order on Barney Demurrer

Exhibit 222: 2023.07.21 [Court] Order Granting Attorneys Motion to Be Relieved as Counsel

Exhibit 223: 2023.07.27 [Barney] Notice of Ruling on Demurrer and MTS SACC

Exhibit 224: 2023.07.31 [Girn] Third Amended Cross-Complaint

Exhibit 225: 2023.09.01 [Barney LEI] Demurrer to TACC

Exhibit 226: 2023.09.01 [Barney LEI] Motion to Strike Portions of TACC

Exhibit 227: 2023.09.01 [Barney LEI] RJN ISO Demurrer to TAC

Exhibit 228: 2023.09.01 [Barney] Declaration of Schmidt ISO Opp. to Girns' MTC

Exhibit 229: 2023.09.07 [Robinson et al] Notice of Appearance re LEI

Exhibit 230: 2023.10.02 [Court] Minute Order re LEI representation

Exhibit 231: 2024.01.02 [LEI] Notice of Appearance by Law Office of Lou Shoch

Exhibit 232: 2024.01.02 [LEI] Notice of Withdrawal of Demurrer

Exhibit 233: 2024.01.05 [Court] Minute Order Denying Ex Parte

Exhibit 234: 2024.01.05 [Robinson Firm] Notice of Non-Withdrawal and Objection

Exhibit 235: 2024.01.11 [Girn] Opposition to Barney Ds Demurrer to TACC

Exhibit 236: 2024.01.11 [Girn] Opposition to LEI Demurrer to TACC

Exhibit 237: 2024.01.11 [Girn] Opposition to Motion to Strike TACC

Exhibit 238: 2024.01.11 [Girn] Request for Judicial Notice iso Opposition to Demurrer to TACC

| | |
|---|---|
| 1 | Exhibit 239: 2024.01.17 [Barney RR] Declaration of Kelli Dreger ISO Ex |
| 2 | Parte with Exhibits |
| 3 | Exhibit 240: 2024.01.17 [Barney] Motion for Preliminary Injunction |
| 4 | Exhibit 241: 2024.01.18 [Barney LEI] Reply ISO Demurrer to TACC |
| 5 | Exhibit 242: 2024.01.18 [Barney LEI] Reply ISO MTStrike |
| 6 | Exhibit 243: 2024.01.23 [Girn] Notice of Withdrawal of Opposition to LEI |
| 7 | Demurrer |
| 8 | Exhibit 244: 2024.01.24 [Robinson Firm] Joinder in Preliminary Injunction |
| 9 | Exhibit 245: 2024.03.01 [Court] Minute Order re Referee Reports |
| 10 | Exhibit 246: 2024.05.03 [Girn] Opposition to Barney Motion for Preliminary |
| 11 | Injunction |
| 12 | Exhibit 247: 2024.05.03 [LEI] Notice of Joinder to Opposition to PI Motion |
| 13 | Exhibit 248: 2024.05.03 [LePort] Joinder to Opposition to Motion for |
| 14 | Preliminary Injunction |
| 15 | Exhibit 249: 2024.05.09 [Barney] Reply ISO Motion for Preliminary |
| 16 | Injunction |
| 17 | Exhibit 250: 2024.05.09 [Robinson] LEI Joinder in Barney Reply re |
| 18 | Preliminary Injunction |
| 19 | Exhibit 251: 2024.05.16 [Court] Minute Order re Continuance of Motion for |
| 20 | Prelim Injunction |
| 21 | Exhibit 252: 2024.06.28 [Court] Minute Order |
| 22 | Exhibit 253: 2024.07.02 [Girn] Request for Statement of Decision re |
| 23 | Sustaining Demurrer |
| 24 | Exhibit 254: 2024.07.08 [Barney] Notice of Ruling re Motion for Prelim |
| 25 | Injunction and Demurrer and Undertaking |
| 26 | Exhibit 255: 2024.07.10 [Barney et al] Cross Defendants' Answer to TACC |
| 27 | Exhibit 256: 2024.07.10 [Robinson Firm] Answer to TACC |
| 28 | Exhibit 257: 2024.07.19 [Court] Minute Order re Demurrer Ruling |

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

| | |
|---|---|
| 1 | Exhibit 258: 2024.08.05 [Girn] Compendium of Evidence FINAL |
| 2 | Exhibit 259: 2024.08.05 [Girn] MSA re Barney COAs 1-4 8-11 FINAL |
| 3 | Exhibit 260: 2024.08.05 [Girn] MSA Separate Statement COAs 1-4 8-11 |
| 4 | Exhibit 261: 2024.10.10 [Barney] Compendium of Evidence |
| 5 | Exhibit 262: 2024.10.10 [Barney] Evidentiary Objections |
| 6-7 | Exhibit 263: 2024.10.10 [Barney] Opp. to Girns' Motion for Summary Adjudication |
| 8 | Exhibit 264: 2024.10.10 [Barney] Opposition to Girns' Separate Statement |
| 9 | Exhibit 265: 2024.10.15 [Court] Order Granting Trial Date Extension |
| 10 | Exhibit 266: 2024.10.18 [Girn] Evidentiary Objections to Barney Decl |
| 11 | Exhibit 267: 2024.10.18 [Girn] Opp to Barney Separate Statement |
| 12 | Exhibit 268: 2024.10.18 [Girn] Reply iso MSA |
| 13-14 | Exhibit 269: 2024.10.18 [Girn] Response to Barney Evidentiary Objections to MSA |
| 15 | Exhibit 270: 2024.10.25 [Court] Minute Order re Girn MSA |
| 16 | Exhibit 271: 2024.11.08 [Barney] Declaration of J. Schmidt iso MJP |
| 17-18 | Exhibit 272: 2024.11.08 [Barney] Notice of Motion and Motion for Judgment on the Pleadings |
| 19 | Exhibit 273: 2024.11.08 [Barney] Request for Judicial Notice iso MJP |
| 20-21 | Exhibit 274: 2024.11.20 [Barney] Declaration of Counsel ISO Pltf's Motion to File Supplemental Complaint |
| 22-23 | Exhibit 275: 2024.11.20 [Barney] MPA re Mtn for Leave to File Supp Complaint |
| 24-25 | Exhibit 276: 2024.11.20 [Barney] Ntc of Motion and Motion for Leave to file Supplemental Complaint |
| 26-27 | Exhibit 277: 2025.03.05 [HACM] Decl iso Motion to Withdraw as Counsel to HGE |

| | |
|---|---|
| 1 | Exhibit 278: 2025.03.05 [HACM] Notice and Motion to Be Relieved as |
| 2 | Counsel for HGE |
| 3 | Exhibit 279: 2025.03.18 [Court] Minute Order Continuing Trial Date |
| 4 | Exhibit 280: 2025.03.20 [Girn] Opposition to Motion for Judgment on the |
| 5 | Pleadings |
| 6 | Exhibit 281: 2025.03.20 [LePorts] Opposition to Motion for Leave to File |
| 7 | Supplemental Complaint |
| 8 | Exhibit 282: 2025.03.26 [Barney] Reply to Motion for Leave to File |
| 9 | Supplemental Complaint |
| 10 | Exhibit 283: 2025.03.26 [Barney] Reply to Opposition to Motion for Judgment |
| 11 | on the Pleadings |
| 12 | Exhibit 284: 2025.04.01 [Barney] Ntc of Withdrawal of Motion for Leave to |
| 13 | file Supplemental Complaint |
| 14 | Exhibit 285: 2025.04.03 [HACM] Order Granting Motion to Be Relieved as |
| 15 | Counsel to HGE |
| 16 | Exhibit 286: 2025.04.10 [Court] Minute Order Denying Motion for Judgment |
| 17 | on the Pleadings |
| 18 | Exhibit 287: 2025.04.10 [Court] SIGNED Order Granting Motion to Be |
| 19 | Relieved as Counsel |
| 20 | Exhibit 288: 2025.04.14 [Girn] Notice of Ruling on Motion for Judgment on |
| 21 | the Pleadings |
| 22 | Exhibit 289: 2025.04.22 [Court] Minute Order re Discovery Referee Reports |
| 23 | Exhibit 290: 2025.04.25 [Court] Minute Order re HGE |
| 24 | Exhibit 291: 2025.05.08 [Court] Minute Order |
| 25 | Exhibit 292: 2025.05.09 [Court] Minute Order re Bifurcation |
| 26 | Exhibit 293: 2025.05.12 [Court] Minute Order re Continued Trial Date |
| 27 | Exhibit 294: 2025.05.16 [Court] Minute Order re Discovery Motion |
| 28 | Exhibit 295: 2025.05.27 [Court] Minute Order re OSC |

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

Exhibit 296: 2025.05.29 [HGE] Notice of Appearance for HGE

| | |
|---|---|
| Dated: June 19, 2025 | HOLMES, ATHEY, COWAN & MERMELSTEIN, LLP |
| | By: */s/ Mark Mermelstein* <br> MARK MERMELSTEIN <br> Attorneys for Ramandeep Girn and Rebecca Girn |